**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

NOEL CEDENO,

    Petitioner,  :    Case No. 2:25-cv-01253

 - vs -          Chief Judge Sarah D. Morrison
              Magistrate Judge Michael R. Merz

SHELBIE SMITH, WARDEN,
 Belmont Correctional Institurion,

            :
    Respondent.

## TRANSFER ORDER

This habeas corpus action, brought *pro se* by Petitioner Noel Cedeno under 28 U.S.C. § 2254, is before the Court on Respondent's Motion to Transfer this case to the Sixth Circuit Court of Appeals for its consideration of whether to permit Petitioner to proceed (ECF No. 4). Respondent asserts that this is a second or successive habeas petition attacking the same conviction Petitioner previously attacked in Case No. 1:17-cv-949 in the United States District Court for the Northern District of Ohio. Having found prima facie that Respondent's position was well taken, the Court ordered Petitioner to show cause not later than December 29, 2025, why the Motion to Transfer should not be granted (ECF No. 5). Although the Court extended Petitioner's time to do so to January 30, 2026 (ECF No. 7), he has not responded.

Accordingly, pursuant to *In re Sims*, 111 F.3d 45 (6th Cir. 1997), the Clerk is ordered to transfer this case to the United States Court of Appeals for the Sixth Circuit for its determination

1

under 28 U.S.C. § 2244(b) of whether Petitioner may proceed.

March 9, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge